RECEIVED
IN LAKE CHARLES, LA

DEC 21 2012

TONY R. MOORE, CLERK
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **DARRELL STANLEY** <br> **DOC #448613** | **CIVIL ACTION NO. 10-1835-LC** |
| **VS.** | **SECTION P** |
| **CHAD B. GUIDRY, ET AL** | **JUDGE MINALDI** <br> **MAGISTRATE KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 12] of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's civil rights complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR 41.3.

Lake Charles, Louisiana, on this 21 day of December, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE